IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                        Case No.  4:15-cr-00276-KGB

KHALID S.A. ALKARSH, ET AL.                                                             DEFENDANTS

**ORDER**

Pending before the Court are defendants Khalid S.A. Alkarsh and Bakil Mohamed Alqirsh's motions for continuance of the trial of this matter scheduled for December 21, 2015 (Dkt. Nos. 147, 148).  Co-defendants in this matter also have trial settings scheduled for December 21, 2015.  No severance has been requested or granted in this matter on behalf of any of the defendants.

The Court has determined that, due to the number of defendants and attorneys involved in this matter, the most efficient manner in which to address the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

It is therefore ordered that any defendant to this action opposing defendants Khalid S.A. Alkarsh and Bakil Mohamed Alqirsh's motions for continuance must file a response in opposition on or before *December 14, 2015.*

The Court will assume that any defendant who does not file a response in opposition to the motions for continuance on or before December 14, 2015, joins in the motion for continuance and waives speedy trial requirements up to and including the next scheduled trial date.

It is so ordered this 9th day of December, 2015.

_____
Kristine G. Baker
United States District Judge