**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                        **Case No. 4:15-cr-00276 KGB**

**KHALID S.A. ALKARSH, ET AL.**                                        **DEFENDANT**

## ORDER

The Court conducted a hearing on December 10, 2015, on the government's motion for hearing to inquire into joint representation under Federal Rule of Criminal Procedure 44(c) (Dkt. No. 6). After thoroughly questioning both defendants Khalid S.A. Alkarsh and Bakil Mohamed Alquirsh, as well as their attorneys, Mr. Bill James and Mr. Lee Short, the Court is satisfied that Mr. Alkarsh and Mr. Alquirsh have knowingly and voluntarily waived any conflict of interest in this matter. Mr. James and Mr. Short will continue to represent Mr. Alkarsh and Mr. Alquirsh.

SO ORDERED this the 17th day of December, 2015.

_____
Kristine G. Baker
United States District Judge